UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEHAD ELSAYED and LAILA IBRAHIM, on behalf of themselves and others similarly situated,

Plaintiffs,

-against-

CITY OF NEW YORK; NYPD Officer CHENISE BRODIE (Shield No. 28113); and NYPD Officers John and Jane Doe # 1, 2, 3, etc.,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/11/2019

18 Civ. 10566 (AT)

**ORDER**

ANALISA TORRES, District Judge:

In light of the settlement conference scheduled for December 16, 2019 before the Honorable Katherine H. Parker, ECF No. 50, and Judge Parker's order staying discovery through the date of the settlement conference, ECF No. 48, the case management conference scheduled for December 16, 2019 is ADJOURNED *sine die*.

SO ORDERED.

Dated: December 11, 2019
New York, New York

ANALISA TORRES
United States District Judge