```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/18/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GEHAD ELSAYED et al.,

                              Plaintiffs,                                  18-CV-10566 (LAP) (KHP)

       -against-                                             **ORDER**

CITY OF NEW YORK et al.,

                              Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The Court thanks the parties for the update and requests a status update by **Friday, June 5, 2020**.

      SO ORDERED.

Dated: May 18, 2020
       New York, New York

                                                                        _____
                                                                        KATHARINE H. PARKER
                                                                        United States Magistrate Judge