```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/10/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GEHAD ELSAYED et al.,

                                  Plaintiffs,                         18-CV-10566 (RWS) (KHP)

        -against-                                 **ORDER SCHEDULING**
                                                                  **SETTLEMENT CONEFERENCE**
CITY OF NEW YORK et al.,

                                  Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A telephonic settlement status conference in this matter is scheduled for **Wednesday, September 23, 2019 at 4:30 p.m.** Counsel for the parties are directed to call Judge Parker's telephone conference line at the scheduled time: please dial (866) 434-5269; access code 4858267. The parties need not submit any materials in advance of this conference.

**SO ORDERED.**

Dated: September 10, 2020
       New York, New York

                                                               _____
                                                               KATHARINE H. PARKER
                                                                United States Magistrate Judge