

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

Carolyn K. Depoian
Senior Counsel
phone: (212) 356-2358
fax: (212) 356-3509
email: cdepoian@law.nyc.gov

**MEMO ENDORSED**

September 22, 2020

**BY ECF**
Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: <u>Elsayed, et al. v. City of New York, et al.</u>,
            18 CV 10566 (AT)(KHP)

Your Honor:

      I am the attorney in the Special Federal Litigation Division of the New York City Law Department assigned to the defense of the above-referenced matter. Defendants write with the consent of plaintiffs' counsel to respectfully request an adjournment of the settlement conference currently scheduled for September 23, 2020 at 4:30 p.m., since the parties are close to resolving the entirety of the case on their own.

      By way of background, the parties have resolved all aspects of this case aside from the issue of plaintiffs' counsel's attorneys' fees. The parties have resolved plaintiffs' claim for injunctive relief and are finalizing the Stipulation of Settlement in this regard. They intend to file it with the Court within a few weeks. The parties have also agreed to the settlement in principal of the two named plaintiffs in this matter, and defendants intend to forward a separate Stipulation of Settlement to plaintiffs within the next few days for their execution.

      Plaintiffs' counsel provided the City with an estimate of fees on March 23, 2020. The soon to be executed stipulation provides that plaintiffs' counsel are entitled to reasonable attorneys' fees for work through the Effective Date of the Stipulation and Order of Settlement on the injunctive portion of this case. The Effective Date of the Stipulation and Order of Settlement is the date the Court signs off on the Stipulation. Once the Court has signed off on the Stipulation of Settlement, plaintiffs' counsel will promptly forward their updated billing records to the City, at which point the parties will then be in a position to discuss the settlement of these fees and expenses.

      For this reason, defendants respectfully request an adjournment of the settlement conference scheduled for September 23, 2020, until after such time as the parties have engaged

in negotiation of the settlement of plaintiffs' attorneys' fees.  Defendants thank the Court for its consideration of this request.

                         Respectfully submitted,

                         /s

                         Carolyn K. Depoian
                         Senior Counsel

cc:    All counsel (*By ECF*)

**APPLICATION GRANTED:**  The telephonic Settlement Status conference in this matter that is scheduled for Wednesday, September 23, 2019 at 4:30 p.m. is hereby rescheduled to <u>Tuesday, December 15, 2020 at 3:00 p.m.</u>  Counsel for the parties are directed to call Judge Parker's telephone conference line at the scheduled time.  <u>Please dial (866) 434-5269; access code 4858267</u>

APPLICATION GRANTED

*[signature: Katharine H. Parker]*

Hon. Katharine H. Parker, U.S.M.J.

**09/23/2020**