

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/21/2021

# MEMO ENDORSED

**JAMES E. JOHNSON**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**BILAL H. HAIDER**
*Senoir Counsel*
Phone: (212) 356-3549
Fax: (212) 356-2034
bhaider@law.nyc.gov

January 21, 2021

**BY ECF**
Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:    Gehad Elsayed et al. v. City of New York et al.,
>          18-CV-10566 (AT) (KHP)

Your Honor:

I am a Senior Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, and one of the attorneys assigned to the defense of the above-referenced matter. Defendants write to respectfully request a thirty-day adjournment of the settlement telephone conference in this matter, which is currently scheduled for January 27, 2021. Plaintiffs' counsel consents to this request.

As the Court is aware, on or about October 26, 2020, the parties reached a settlement in this matter and the Hon. Analisa Torres has since so ordered the Stipulation and Settlement of Dismissal. Pursuant to the agreement, attorneys' fees are to be paid separately. On December 10, 2020, plaintiffs' counsel *finally* provided defendants with their billing records. The law firm of Beldock, Levine, and Hoffman submitted approximately fifty (50) pages of billable hours and Tahani Aboushi has submitted an additional eight (8) pages of billing records. Defendants have spent considerable time reviewing these records in an effort to determine the reasonableness of the entries. However, additional time is needed to complete this review, and then confer with the Office of the Comptroller of the City of New York.  Defendants are hopeful that once settlement authority is obtained the parties can reach an agreement on their own and without burdening the Court.

Accordingly, defendants respectfully request a thirty-day adjournment of the settlement telephone conference in this matter.

- 2 -

Thank you for your consideration of this request.

Respectfully submitted,

*Bilal Haider* /s

Bilal Haider
Senior Counsel
Special Federal Litigation Division
100 Church Street, Room 3-235
New York, New York 10007
(212) 356-3549
bhaider@law.nyc.gov

cc:     All counsel (By ECF)

**APPLICATION GRANTED:** **The telephonic Settlement Status conference in this matter that is scheduled for Wednesday, January 27, 2021 at 2:00 p.m. is hereby rescheduled to Tuesday, March 9, 2021 at 2:00 p.m. Counsel for the parties are directed to call Judge Parker's telephone conference line at the scheduled time. Please dial (866) 434-5269; access code 4858267.**

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.

01/21/2021