



| | | |
|---|---|---|
| **JAMES E. JOHNSON**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **BILAL H. HAIDER**<br>*Senoir Counsel*<br>Phone: (212) 356-3549<br>Fax: (212) 356-2034<br>bhaider@law.nyc.gov |

March 4, 2021

**BY ECF**
Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

                Re:     <u>Gehad Elsayed et al. v. City of New York et al.</u>,
                       18-CV-10566 (AT) (KHP)

Your Honor:

       I am a Senior Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, and one of the attorneys assigned to the defense of the above-referenced matter. Defendants write to respectfully request an additional forty-five (45) day adjournment of the settlement telephone conference in this matter, which is currently scheduled for March 9, 2021. Although plaintiffs failed to provide their billing records to defendants for ***many, many*** months despite repeated requests for this information from defense counsel and Your Honor, and although plaintiffs are not prejudiced by this request, plaintiffs only consent to a thirty-day (30) adjournment of the settlement conference.

       To date, defendants have spent a considerable amount of time reviewing, vetting, and reconciling the over fifty (50) pages of counsel's billing records. However, despite these efforts, additional time is still needed to complete this review and obtain settlement authority. Defendants are also hopeful that once settlement authority is obtained the parties can reach an agreement on their own and without burdening the Court.

**APPLICATION GRANTED:** The telephonic Settlement Conference in this matter that is scheduled for Tuesday, March 9, 2021 at 2:00 p.m. is hereby rescheduled to <u>Tuesday, May 18, 2021 at 2:00 p.m.</u> Counsel for the parties are directed to call Judge Parker's telephone conference line at the scheduled time. Please dial (866) 434-5269; access code 4858267.

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
03/05/2021

- 2 -

        Accordingly, defendants respectfully request a forty-five (45) day adjournment of the settlement telephone conference in this matter. Thank you for your consideration of this request.

        Respectfully submitted,

        *Bilal Haider* /s

Bilal Haider
Senior Counsel
Special Federal Litigation Division
100 Church Street, Room 3-235
New York, New York 10007
(212) 356-3549
bhaider@law.nyc.gov

cc:   All counsel (By ECF)