**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

GEHAD ELSAYED and LAILA IBRAHIM, on behalf of themselves and others similarly situated,

Plaintiffs,

-against-

CITY OF NEW YORK; NYPD Officer CHENISE BRODIE (Shield No. 28113); and NYPD Officers John and Jane Doe # 1, 2, 3, etc.,

Defendants.

No. 18-cv-10566 (AT) (KHP)

---

**STIPULATION AND ORDER OF SETTLEMENT**

**WHEREAS**, Plaintiffs Gehad Elsayed and Laila Ibrahim commenced an action by filing a Complaint on behalf of themselves and others similarly situated on November 13, 2018, alleging, *inter alia*, that Defendants City of New York and Officer Chenise Brodie (hereinafter "Defendants") violated their rights under the Religious Land Use and Institutionalized Persons Act, the First, Fourth, and Fourteenth Amendments, and New York state law by requiring Muslim women who wear a hijab to remove their hijab for photographing during arrest processing by the New York City Police Department;

**WHEREAS,** by Stipulation and Order of Settlement dated November 5, 2020, and in lieu of an application for class certification pursuant to F.R.C.P. 23(b)(2), the parties agreed to certain non-monetary relief (hereafter the "Injunctive Stipulation and Order");

**WHEREAS,** Defendants continue to deny any and all liability arising out of all Plaintiffs' allegations;

**WHEREAS,** Plaintiffs have assigned all of their rights to costs, expenses, and attorneys' fees to their counsel, Beldock Levine & Hoffman LLP and The Aboushi Law Firm;

**WHEREAS,** the Parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**WHEREAS,** Plaintiffs have authorized their counsel to settle this matter on the terms set forth below;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

1. The above-referenced action is hereby dismissed against defendants, with prejudice, and without costs, expenses, or attorneys' fees except as specified in paragraphs 2-5 below.

2. Defendant City of New York hereby agrees to pay Plaintiff GEHAD ELSAYED the sum of **FIFTY THOUSAND ($50,000.00) DOLLARS** in full satisfaction of all claims, excluding claims for costs, expenses, and attorneys' fees. In consideration for the payment of this sum, Plaintiff Elsayed agrees to dismissal of all the claims against the Defendants and to release Defendants; their successors or assigns; and all past and present officials, employees, representatives, and agents of the City of New York or any entity represented by the Office of the Corporation Counsel, from any and all liability, claims, or rights of action alleging a violation of Plaintiff Elsayed's civil rights and any and all related state law claims, from the beginning of the world to the date of the General Releases, including claims for costs, expenses, and attorneys' fees.

3. Defendant City of New York hereby agrees to pay Plaintiff LAILA IBRAHIM the sum of **FIFTY THOUSAND ($50,000.00) DOLLARS** in full satisfaction of all

claims, excluding claims for costs, expenses, and attorneys' fees. In consideration for the payment of this sum, Plaintiff Ibrahim agrees to dismissal of all the claims against the Defendants and to release Defendants; their successors or assigns; and all past and present officials, employees, representatives, and agents of the City of New York or any entity represented by the Office of the Corporation Counsel, from any and all liability, claims, or rights of action alleging a violation of Plaintiff Ibrahim's civil rights and any and all related state law claims, from the beginning of the world to the date of the General Releases, including claims for costs, expenses, and attorneys' fees.

    4. Defendant City of New York hereby agrees to pay Plaintiffs' counsel, the Law Firm of Beldock Levine & Hoffman LLP (hereinafter "BLH), the total sum of **ONE HUNDRED AND NINETY EIGHT THOUSAND DOLLARS ($198,000)** in full satisfaction of Plaintiffs' claims for attorneys' fees, expenses, and costs. In consideration for the payment of one hundred and ninety eight thousand dollars ($198,000) to BLH, BLH agrees to release and discharge Defendants; their successors or assigns; and all past and present officials, employees, representatives, and agents of the City of New York or any entity represented by the Office of the Corporation Counsel, from any and all claims of attorneys' fees, expenses, and costs that were or could have been alleged in the aforementioned action.

    5. Defendant City of New York hereby agrees to pay Plaintiffs' counsel, Tahanie Aboushi, Esq., The Aboushi Law Firm (hereinafter "Aboushi"), the total sum of **FIFTY TWO THOUSAND DOLLARS ($52,000)** in full satisfaction of Plaintiffs' claims for attorneys' fees, expenses, and costs. In consideration for the payment of fifty two thousand dollars ($52,000) to Aboushi, Aboushi agrees to release and discharge Defendants; their successors or assigns; and all past and present officials, employees, representatives, and agents of the City of

New York or any entity represented by the Office of the Corporation Counsel, from any and all claims of attorneys' fees, expenses, and costs that were or could have been alleged in the aforementioned action

6.  Plaintiffs each shall execute and serve on the City of New York's attorney by legal tender (either by personal service or certified mail) at 100 Church Street, New York, New York 10007 all documents necessary to effect this settlement, including, without limitation, a General Release, based on the terms of paragraph "2" above, IRS Form W-9, and an Affidavit of Status of Liens. Prior to tendering the requisite documents to effect this settlement, Medicare-recipient Plaintiffs must obtain and submit a final demand letter from their Medicare provider(s) for the reimbursement of any conditional payments made for the injuries claimed in this matter. A Medicare Set-Aside Trust may also be required if future anticipated medical costs are found to be necessary pursuant to 42 U.S.C. § 1395y(b) and 42 C.F.R. §§ 411.22 through 411.26.

7.  Nothing contained herein shall be deemed to be an admission by the Defendants that they have in any manner or way violated Plaintiffs' rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules or regulations of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations, except to enforce the terms of this agreement.

8.  Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or any agency thereof.

9.  Plaintiffs agree to hold harmless Defendants regarding any past and/or future Medicare claims, presently known or unknown, in connection with this matter. If

Medicare claims are not satisfied, Defendants reserve the right to issue a multiparty settlement check naming the Medicare provider as a payee or to issue a check directly to the Medicare provider for the amount claimed in the Medicare provider's final demand letter.

(Remainder of page left intentionally blank)

10. This Stipulation of Settlement contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation of Settlement regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: June 2, 2021
New York, New York

BELDOCK LEVINE & HOFFMAN LLP

By: *[signature]*
Jonathan Moore
Luna Droubi
Marc Arena
99 Park Avenue, Penthouse Suite
New York, NY 10016
Tel. (212) 490-0400

THE ABOUSHI LAW FIRM

By: *[signature]*
Tahanie Aboushi
1441 Broadway
New York, NY 10018
Tel. (212) 391-8500

*Attorneys for Plaintiffs*

JAMES E. JOHNSON
Corporation Counsel of the City of New York

By: *[signature]*
Rachel Seligman Weiss
Bilal Haider
Carolyn Depoian
100 Church Street
New York, NY 10007
(212) 356-2422

*Attorneys for Defendants*

SO ORDERED.

_____
HON. KATHARINE H. PARKER
U.S.M.J.