```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/15/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GEHAD ELSAYED and LAILA IBRAHIM, on behalf of themselves and others similarly situated,

              Plaintiffs,

-against-

CITY OF NEW YORK; NYPD Officer CHENISE BRODIE (Shield No. 28113); and NYPD Officers John and Jane Doe # 1, 2, 3, etc.,

              Defendants.

**STIPULATION AND ORDER OF DISMISSAL**

No. 18-cv-10566 (AT) (KHP)

---

**WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

    1.    The above-referenced action is hereby dismissed with prejudice; and

(Remainder of page left intentionally blank)

2.  Notwithstanding the dismissal of this action in accordance with this agreement, and consistent with the Stipulation and Order of Settlement resolving the injunctive and policy-related claims (see ECF No. 78), the parties consent to Magistrate Judge Katharine H. Parker retaining jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: June 2, 2021
New York, New York

BELDOCK LEVINE & HOFFMAN LLP

By: *(signature)*
Jonathan Moore
Luna Droubi
Marc Arena
99 Park Avenue, Penthouse Suite
New York, NY 10016
Tel. (212) 490-0400

THE ABOUSHI LAW FIRM

By: *(signature)*
Tahanie Aboushi
1441 Broadway
New York, NY 10018
Tel. (212) 391-8500

*Attorneys for Plaintiffs*

JAMES E. JOHNSON
Corporation Counsel of the City of New York

By: *(signature)*
Rachel Seligman Weiss
Bilal Haider
Carolyn Depoian
100 Church Street
New York, NY 10007
(212) 356-2422

*Attorneys for Defendants*

SO ORDERED.

Dated: June 15, 2021
New York, New York

*(signature)*
ANALISA TORRES
United States District Judge