**BELDOCK LEVINE & HOFFMAN LLP**
99 PARK AVENUE, PH/26TH FLOOR
NEW YORK, N.Y. 10016

JONATHAN C. MOORE
DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/05/2025

**MEMO ENDORSED**

900000.23000

WRITER'S DIRECT CONTACT:

March 4, 2025

<u>VIA ECF</u>
Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

    **Re:**    *Elsayed et al. v. City of New York et al.*, <u>18-cv-10566 (AT) (KHP)</u>
            *Clark et al., v. City of New York et al.*, <u>18-cv-2334 (AT) (KHP)</u>

Dear Judge Parker:

      This firm, along with The Aboushi Law Firm PLLC, represents Plaintiffs in the matter of *Elsayed et al. v. City of New York et al*. We write jointly with the Plaintiffs in the *Clark et al. v. City of New York et al.* matter to respectfully request that the Court adjourn the conference scheduled for March 14, 2025, *Elsayed* Dkt. No. 100, because several attorneys are not available to attend. Defendant City of New York consents to this request. The Parties have conferred and are available on March 28, 2025 before 1:00 pm or April 3, 2025 any time except 1:00-2:00pm. We also request that the Court extend its continued jurisdiction in these matters pursuant to the Stipulation and Order of Settlement ("Stipulation"), *Elsayed* Dkt. No. 78. at ¶ 9, until April 30, 2025. Defendant City of New York also consents to this request.

      We thank the Court for its attention to these matters.

                                              Respectfully Submitted,

                                              BELDOCK LEVINE & HOFFMAN LLP

                                              By:_____
                                              Marc Arena

BELDOCK LEVINE & HOFFMAN LLP

Hon. Katharine H. Parker
March 4, 2025
Page 2

                              THE ABOUSHI LAW FIRM PLLC

By: _____
     Tahanie Aboushi

cc:    All Parties (via ECF)

**APPLICATION GRANTED:** The counsel only settlement conference in this matter scheduled for Friday, March 14, 2025 at 2:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Friday, March 28, 2025 at 10:00 a.m.</u>  Counsel must email ex parte letters to the court stating their open issues no later than <u>March 21, 2025.</u>

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.

03/05/2025