

**THE CITY OF NEW YORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MURIEL GOODE-TRUFANT
*Corporation Counsel*

RACHEL SELIGMAN WEISS
*Senior Counsel*
Phone: (212) 356-2422
Fax: (212) 356-3509
rseligma@law.nyc.gov

March 26, 2025

> **APPLICATION GRANTED.** The counsel only settlement conference in these matters scheduled for Friday, March 28, 2025 at 2:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Tuesday, April 29, 2025 at</u> 2:30 p.m.
>
> **APPLICATION GRANTED**
>
> *Katharine H. Parker*
> Hon. Katharine H. Parker, U.S.M.J.
> 03/26/2025

<u>BY ECF</u>
Honorable Katherine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  <u>Clark et al v. City of New York,
18 Civ. 2334 (AT)(KHP)
1:18-cv-10566-AT-KHP</u>

Your Honor:

I represent the defendant City of New York in the above-referenced matter. Defendant writes to respectfully request an adjournment of the settlement conference currently scheduled for March 28, 2025. Plaintiffs consent to this request.

By letter dated February 28, 2025, plaintiffs requested that Your Honor schedule a conference in an effort to resolve the outstanding issues regarding ongoing documentation. *See* ECF ¶ 370. Your Honor granted plaintiffs' request on March 3, 2025 and scheduled a conference for March 14, 2025. *See* ECF ¶ 371. Thereafter, and with defendant's consent, plaintiffs requested an adjournment of the March 14, 2025 conference because several of plaintiffs' attorneys were not available to attend. *See* ECF ¶ 373. This request was granted and Your Honor rescheduled the conference for March 28, 2025.

Defendant is continuing to confer with the NYPD in an effort to resolve the remaining issue of documentation. We are informed by the NYPD that their internal discussions, including with members of the Executive staff, are ongoing. Defendant is hopeful that the outcome of those discussion may resolve the sole remaining issue before the Court and obviate the need for a conference.

- 2 -

Accordingly, defendant respectfully requests that the settlement conference currently scheduled for March 28, 2025 be adjourned for approximately two weeks to a date and time convenient to the Court. Thank you for your consideration herein.

                                       Respectfully submitted,

                                       *Rachel Seligman Weiss* /s
                                       Rachel Seligman Weiss
                                       Assistant Corporation Counsel

cc: *All counsel*, by ECF