## BELDOCK LEVINE & HOFFMAN LLP
### 99 PARK AVENUE, PH/26TH FLOOR
### NEW YORK, N.Y. 10016

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

JONATHAN C. MOORE
DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/21/2025

**MEMO ENDORSED**

REF: 900000.23000
WRITER'S DIRECT CONTACT:

April 18, 2025

**VIA ECF**
Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Re: *Elsayed et al. v. City of New York et al.*, **18-cv-10566 (AT) (KHP)**
*Clark et al., v. City of New York et al.*, **18-cv-2334 (AT) (KHP)**

Dear Judge Parker:

This firm, along with The Aboushi Law Firm PLLC, represents Plaintiffs in the matter of *Elsayed et al. v. City of New York et al*. We write jointly with the Plaintiffs in the *Clark et al. v. City of New York et al.* matter, and with Defendant City of New York to respectfully request that the Court cancel the settlement conference scheduled for April 29, 2025, *Elsayed* Dkt. No. 103. The Parties have reached agreement as to all outstanding issues relating to the remedial structure of a supplemental stipulation. As part of the agreement, the City will be making revisions to Patrol Guide section 208-83, which the Parties will annex to the proposed supplemental stipulation. The Parties therefore request that the Court set a control date of July 31, 2025 for the Parties to submit the proposed supplemental stipulation and revised Patrol Guide section for the Court to so-order.

We thank the Court for its attention to these matters.

Respectfully Submitted,

BELDOCK LEVINE & HOFFMAN LLP

By: _____
Marc Arena

BELDOCK LEVINE & HOFFMAN LLP

Hon. Katharine H. Parker
April 18, 2025
Page 2

                                                THE ABOUSHI LAW FIRM PLLC

                                                By: _____
                                                     Tahanie Aboushi

cc:    All Parties (via ECF)

---

**APPLICATION GRANTED:** The Settlement Conference in these matters scheduled for <u>04/29/2025</u> is hereby adjourned. The parties' are ordered to submit the supplemental stipulation referenced in their letter by <u>July 31, 2025.</u>

**APPLICATION GRANTED**

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

04/21/2025